UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUY ZACHARY CHOPP #937922,

        Plaintiff,

                                Case No: 1:25-cv-924

v.

                                HON. ROBERT J. JONKER

UNKNOWN ELKINS,

        Defendant.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 23, 2026 (ECF No. 20). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 20) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for summary judgment (ECF No. 15) is **GRANTED** and the case is **DISMISSED** without prejudice.

Dated:   April 15, 2026           /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE